Form B3B
(04/09/06)

United State Bankruptcy Court
Northern    District of    Illinois

In re:    Kevin Keeler    Case No.    11 B 25044
    Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[x] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ 74.75    on or before July 18, 2011

   $ 74.75    on or before August 12, 2011

   $ 74.75    on or before September 6, 2011

   $ 74.75    on or before September 30, 2011

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on
   _____ at _____ am/pm at _____.
                                              (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

**DATE:** June 24, 2011

*Pamela S. Hollis*

Pamela S. Hollis/United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:   11 B 25044
Case Name:     Kevin Keeler

I, Steven P. Beckerman, Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 24th day of June, 2011, I caused to be served via the Court's Electronic Notification or via First Class mail (**) a true and correct copy of:

Order Denying Debtor's Application For Waiver Of The Chapter 7 Filing Fee Dated June 24, 2011

to each of the following named individuals:

**Kevin Keeler** (**)
1505 Ashland Avenue
Evanston, IL 60201

**Robert B Katz, ESQ**
Law Offices Of Robert B Katz
53 West Jackson Blvd
Suite 1320
Chicago, IL 60604

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

_____
Steven P. Beckerman
Courtroom Deputy